JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANNA GUERRA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> Costco Wholesale, a Washington Corporation; and DOES 1-25, inclusive, <br><br> Defendant. | Case No. 2:20-cv-06791-AB (PJWx) <br><br> [~~PROPOSED~~] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT |

The Stipulation of Defendant COSTCO WHOLESALE CORPORATION and Plaintiff ANNA GUERRA for Remand to the Los Angeles County Superior Court (Dkt. No. 10) has been fully considered by the Court and **IT IS HEREBY ORDERED THAT** the Stipulation is **GRANTED** for the reasons set forth therein. This matter is hereby **REMANDED** to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 20STCV22998.

Dated: August 17, 2020      _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1
[~~PROPOSED~~] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT